**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DEZJOLE WASHINGTON, | ) | No. CV 11-3679-CW |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner, Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**IT IS ADJUDGED** that this action is dismissed, without prejudice, for failure to prosecute and failure to comply with court orders.

DATED: June 7, 2012

_____
CARLA M. WOEHRLE
United States Magistrate Judge